**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-2493

EDWARD G. TINSLEY,

Plaintiff - Appellant,

versus

TRW, INCORPORATED; EQUIFAX CREDIT INFORMATION
SERVICES, INCORPORATED,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-
96-273-PJM)

Submitted: December 19, 1996     Decided: December 31, 1996

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Edward G. Tinsley, Appellant Pro Se. Sandy David Baron, GOLDSTEIN
& BARON, CHARTERED, College Park, Maryland; Thomas Moss Wood, IV,
Nathan Daniel Adler, NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER,
P.A., Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the Defendants on his action filed under the Fair Credit Reporting Act, 15 U.S.C.A. § 1681 (West 1982 & Supp. 1996). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tinsley v. TRW, Inc.</u>, No. CA-96-273-PJM (D. Md. Sept. 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>